Rel: May 24, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0140

Lisa V. Ruffin v. East Alabama Health Care Authority d/b/a/ East Alabama Medical Center and Matt Champion (Appeal from Lee Circuit Court: CV-19-900571).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, and Mitchell, JJ., concur.